AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| Donald Eugene Judge, | ) |
| *Plaintiff* | ) |
| v. | ) |
| Commissioner Social Security Administration, | ) |
| *Defendant* | ) |

Civil Action No.     8:16-cv-02680-JMC-JDA

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__),
which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
recover costs from the plaintiff *(name)* _____.

■ other: the Commissioner's decision is reversed and the action is remanded for further administrative action.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable J. Michelle Childs.

Date:    March 7, 2017                              *ROBIN L. BLUME, CLERK OF COURT*

_____
s/Ashley Buckingham, Deputy Clerk
*Signature of Clerk or Deputy Clerk*